## BOWLING v. HEPBURN, Dist. Judge.

No. 17800—Opinion Filed Oct. 5, 1926.

(Syllabus.)

### Syllabus Adopted.

Original action filed in Supreme Court of the State of Oklahoma by W. T. Bowling for writ of certiorari against James Hepburn, District Judge of Okmulgee County. Writ sustained.

E. H. Foster, for petitioner.

A. N. Boatman, Co. Atty., and C. M. Gordon, Asst. Co. Atty., for respondent.

HUNT, C. This case is identical with No. 17799, King v. Hepburn, this day decided, 121 Okla. 275, 249 Pac. 924, and reference is hereby made to said case, and the opinion in same is hereby adopted as the opinion in this case.